DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN R. ROBINSON,**
Appellant,

v.

**CHARLES L. STUART,**
Appellee.

No. 4D18-367

[December 13, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter M. Weinstein, Judge; L.T. Case No. PR-C-14-0003183 (60 J).

Michele M. Thomas, Daniel L. McDermott and Adrian P. Thomas of Adrian Philip Thomas, P.A., Fort Lauderdale, for appellant.

Paul J. Kneski, Plantation, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***